

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Sean E. Montgomery

**Civil Action No.**   16cv1735-JLS-PCL

**Plaintiff,**

V.

Nancy A. Berryhill, Acting
Commissioner of Social Security

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court: (1) OVERRULES Plaintiff's Objections, (2) ADOPTS Judge Lewis's Report and Recommendation, (3) DENIES Plaintiff's Motion for Summary Judgment, and (4) GRANTS Defendant's Motion for Summary Judgment. Because this concludes the litigation in this matter, the Clerk shall close the file.

**Date:**        8/31/17

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Lozano

M. Lozano, Deputy